# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 02-cr-00490-RB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  BILAL CHAUDHARY,

    Defendant.

## MINUTE ORDER[1]

    Defendant's Motion for Order Directing Clerk to Release Passport [#253], filed February 9, 2006, is GRANTED. The clerk of the court is authorized to release Mr. Chaudhary's passport under the condition that Mr. Chaudhary presents a proper government issued photo identification at the time he retrieves his passport.

Dated: February 9, 2006

-----------------------------------------------------------------------------------------------------------------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.