# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00490-REB-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BILAL CHAUDHARY,

        Defendant.

## ORDER

This matter is before the court upon the petition of the United States Probation Department to obtain records from the defendant's bank accounts(s) at Elevations Credit Union.  The court finds that the granting of this petition is necessary and appropriate to aid in the proper jurisdiction of this court in adequately supervising a defendant on probation under the jurisdiction of this court.  Accordingly, it is hereby,

ORDERED that the Compass Bank, Boulder, Colorado, shall within 15 days of service of this Order, produce to the United States Probation Department the following records:

signature cards, items of deposit and deposit tickets, cancelled checks, returned checks, debit and credit memos, statements of accounts, application for loans, financial statements, items of disbursement, items of payment, ledger records, loan statements, application for credit cards, and all other relevant information for any accounts held by the defendant or which he has signatory authority.

        DATED at Denver, Colorado, this 3d day of November, 2006.

                              BY THE COURT:

                              s/ Robert E. Blackburn

                              Robert E. Blackburn
                              United States District Judge